# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEVE L. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-03090-SHL-cgc |
| DOCKERY EXPRESS, LLC, and MARCUS RAJEIN DUKES, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant Dockery Express, LLC's Notice of Removal (ECF No. 2), filed December 2, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 12), filed January 26, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 27, 2026
Date